**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: October 31, 2011 |
| Court Reporter: Janet Coppock | Time: one hour and 45 minutes |
| Probation Officer: Caryl Ricca | Interpreter: n/a |

**CASE NO.  10-CR-00538-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Mark Barrett |
| Plaintiff, | |
| vs. | |
| **BRYANT DAREAL GRIFFIN,** | Jonathan Willett |
| Defendant. | |

**SENTENCING**

**1:36 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and in custody.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Court will address defendant's objections to the presentence investigation report.

Argument by Mr. Willett.

Page Two
10-CR-00538-PAB
October 21, 2011

Argument by Mr. Barrett.

**2:21 p.m.     COURT IN RECESS**

**2:40 p.m.     COURT IN SESSION**

Court states its findings and conclusions.

Defendant is given the option to withdraw his plea in light of the Court's rulings.

Mr. Willett confers with the defendant and advises that the defendant wishes to proceed.

Argument by Mr. Willett in support of the defendant's **Motion for Non-Guideline Sentence (Doc #112), filed 10/18/11** and comments addressing sentencing.

Argument by Mr. Barrett and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:**   defendant's Motion for Non-Guideline Sentence (Doc #112), filed 10/18/11 is **DENIED**.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **June 27, 2011** to count **One of the Superseding Indictment.**

**ORDERED:**   Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:**   Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be **imprisoned** for **30** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a **Federal Medical Facility,** which can provide appropriate treatment for renal failure.

Page Three
10-CR-00538-PAB
October 21, 2011

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment to address anger management, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.
- (**X**) The **special assessment/restitution/fine** obligations are due immediately. Any unpaid balances upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payment will be calculated as at lease 10 percent of the defendant's gross monthly wages.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

Page Four
10-CR-00538-PAB
October 21, 2011

**ORDERED:**  Counts Two and Three of the Superseding Indictment will be dismissed upon the Government filing the appropriate motion.

**ORDERED:**  Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**3:40 p.m.**     **COURT IN RECESS**

**Total in court time:**      **105 minutes**

**Hearing concluded**